IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Residents for The Beverly Hills Garden & Open Space Initiative,<br><br>        *Plaintiff*,<br><br>  vs.<br><br>The City of Beverly Hills,<br><br>        *Defendant*. | Case No. 16-5532<br><br>[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

The Court, having reviewed the pleadings on file in this case, finds that a temporary restraining order should issue. This case involves significant burdens on Plaintiff's fundamental right to political speech. Plaintiff has established that it is likely to succeed on the merits of its claims that the ordinance at issue violates the First Amendment, that it is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in its favor, and that an injunction is in the public interest. *See Winters v. Nat'l Res. Defense Council, Inc.*, 555 U.S. 7, 20 (2008); *Thalheimer v. City of San Diego*, 645 F.3d 1109, 1116 (9th Cir. 2011).

1

1    Accordingly, it is hereby ORDERED that Defendant, and its agents, representatives, employees, and all persons aiding the City or acting pursuant to its direction and control, are restrained from taking any steps to enforce Beverly Hills Muni. Code § 1-8-5 (C)-(F) against Plaintiff (including its treasurer, principal officers, and persons primarily responsible for the preparation of its advertisements) with respect to any advertisements concerning the Initiative identified in the Complaint, and from enforcing Beverly Hills Muni. Code § 1-8-5 (F) against any person or entity.

Further, Defendant is ordered to show cause in Courtroom __ of this Court on _____, 2016, at _____ why a preliminary injunction should not issue restraining and enjoining Defendant from enforcing Beverly Hills Muni. Code § 1-8-5 (C)-(F) against Plaintiff with respect to advertisements concerning the Initiative identified in the Complaint, and from enforcing Beverly Hills Muni. Code § 1-8-5 (F) against any person or entity, during the pendency of this action or until further order of this Court.

Defendant shall file and serve any papers in opposition to the motion for preliminary injunction by _____, 2016.  Plaintiff may file reply papers in support of a preliminary injunction by _____, 2016.

This Temporary Restraining Order shall remain in effect until further order of this Court after the hearing on the Order to Show Cause.

It is so ordered.

Date: _____                    _____
                                         United States District Judge