UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5532 FMO (JEMx) | Date | July 26, 2016 |
|---|---|---|---|
| Title | Residents for the Beverly Hills Garden & Open Space Initiative v. City of Beverly Hills | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Kamilla Sali-Suleyman | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Briefing Schedule

Having received the Application for Temporary Restraining Order and Order to Show Cause (Dkt. 6, "Application") filed by plaintiff Residents for the Beverly Hills Garden & Open Space Initiative ("plaintiff"), IT IS ORDERED THAT:

1. If plaintiff has not already done so, plaintiff shall serve defendant City of Beverly Hills ("defendant") with copies of the Application and this Order by personal service no later than **5:00 p.m.** on **July 27, 2016**, and shall file proofs of service no later than **11:59 p.m.** on **July 27, 2016**.

2. Defendant shall file an Opposition or a Notice indicating that it does not oppose a preliminary injunction no later than **August 1, 2016**.

3. Plaintiff shall file a Reply in support of the Application no later than **August 3, 2016**.

4. The court will determine whether a hearing is necessary after reviewing the briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | ks |